BLANCHE BUSCH et al., Respondents, v. CITY OF NEW YORK, Defendant, and AMMEK REALTY ASSOCIATES, INC., Appellant.— Judgment unanimously reversed, with costs to the appellant and judgment is directed to be entered in favor of the defendant-appellant dismissing the complaint herein, with costs. (See *Golub* v. *City of New York,* 201 Misc. 866, affd. 282 App. Div. 666.) Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

(Republished.)

■

CONSTANCE M. RUBIN, Respondent, v. NORMAN RUBIN, Appellant.— Order modified in accordance with the opinion herein and, as so modified, affirmed. Opinion by Bergan, J. Present — Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ; Callahan and Bastow, JJ., dissent and vote to affirm. Settle order on notice. [See 284 App. Div. 76.]

■

In the Matter of the Application of NATHAN WILLNER for Admission to the Bar. Motion for resettlement granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

# (May 20, 1954.)

■

JACK GROVE v. MARTHA MELLMAN et al.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CAMPAGNA.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER ROBINSON.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. ELBERT TERRY.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.